AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

Western **DISTRICT OF** _____ Texas

UNITED STATES OF AMERICA

v.

Christopher Harold TAPPIN

**WARRANT FOR ARREST**

CASE NUMBER:  SA-07-50(1)M

TO:   The United States Marshal
      and any Authorized Officer of the United

YOU ARE HEREBY COMMANDED to arrest Christopher Harold TAPPIN _____

**Name**

and bring him or here forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or herewith (brief description of offense)

knowingly and willfully combine, conspire, confederate and agree with persons known and unknown to export articles classified under the International Traffic in Arms Regulations, to wit: Hawk Missile System Batteries (Eagle Picher Brand GAP 4328 Zinc/Silver Oxide reserve batteries), without first having obtained a license from the U.S. Department of State, Office of Defense Trade Controls

in violation of Title 18 U.S.C. 371 and Title 22 _____ United States code, Section(s) 2778 _____

JOHN W. PRIMOMO _____

Name of Issuing Officer

United States Magistrate _____

Title of Issuing Officer

Signature of Issuing Officer

January 26, 2007, San Antonio, Texas _____

Date and Location

Bail fixed at $ _____  by _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442(Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Christopher Harold TAPPIN

ALIAS: Chris TAPPIN

LAST KNOWN RESIDENCE: ████████████████████

LAST KNOWN EMPLOYMENT: Brooklands Overseas

PLACE OF BIRTH: United Kingdom

DATE OF BIRTH: ████████████

SOCIAL SECURITY NUMBER: None Known

HEIGHT: _____   WEIGHT: _____

SEX: Male   RACE: White

HAI R: Greying   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

_____

_____

_____

FBI NUMBER. _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS:

Immigration and Customs Enforcement

4191 N. Mesa

El Paso, Texas 79902